IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SAMUEL CORY PURSLEY | § | |
| VS. | § | CIVIL ACTION NO. 9:22-cv-83 |
| WARDEN, FCI TEXARKANA | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Samuel Cory Pursley, an inmate confined in the Federal Correctional Institution at Texarkana, Texas ("FCI-Texarkana"), filed what has been construed as a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241.

A Petition filed pursuant to Section 2241 must filed in the judicial district and division where the petitioner is incarcerated.  *United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990).  FCI-Texarkana is located in the Eastern District of Texas.  However, it is in the Texarkana Division of the Eastern District, not the Lufkin Division.  Accordingly, this Petition will be transferred to the Texarkana Division of this court.

ORDER

For the reasons set forth above, it is **ORDERED** that this Petition for Writ of Habeas Corpus is **TRANSFERRED** to the Texarkana Division of this court.

**SIGNED this the 31st day of May, 2022.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE